LE ROY L. BROWN, APPELLEE, v. HARRY MCCALLUM ET AL., APPELLEES: LESTER HUNT, APPELLANT.

FILED JUNE 1, 1927. No. 24966.

APPEAL from the district court for Madison county: DE WITT C. CHASE, JUDGE. *Affirmed*.

*Willis E. Reed,* for appellant.

*Spillman & Beach* and *H. B. Muffly, contra.*

Heard before GOSS, C. J., ROSE, DEAN, DAY, GOOD, THOMPSON and EBERLY, JJ..

PER CURIAM.

Affirmed on authority of *Phillips v. Hunt, ante,* p. 395; and *Klattenburg v. Qualsett,* 114 Neb. 18.